UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.   2:25-cv-09378-SB-CTS                                    Date:  June 26, 2026

Title    *Omid T. Moghadam v. Sheriff of Los Angeles County*


Present:    The Honorable CHRISTINA T. SHAY, United States Magistrate Judge


|          Marina Moreno-Carrillo          |               N/A               |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| :---: | :---: |
| N/A | N/A |


**Proceedings (In Chambers):    Order to Show Cause Re: Dismissal for Lack of Prosecution**

On September 18, 2025, Petitioner Omid T. Moghadam ("Petitioner") filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 ("Section 2241") ("Petition").  (Pet., ECF No. 1.)  Petitioner later filed a First Amended Petition ("FAP").  (ECF No. 6.)  Petitioner filed a Second Amended Petition ("SAP") on October 9, 2025.  (ECF No. 5.)  The SAP alleges that Petitioner had been arrested by local police officers and was out on bail pending possible prosecution on state charges in state court.  (SAP 4–5.[1])  Petitioner seeks, *inter alia*, that his bail be reduced and that the "unlawful bail enhancements" be vacated.  (*Id.* at 8.)

On February 4, 2026, the Court issued an order to show cause why this habeas action should not be dismissed without prejudice ("OSC"), ordering Petitioner to show cause why the Court should not recommend dismissal of the SAP based on abstention.  (ECF No. 9, at 6.)  Petitioner was ordered to show cause in writing on or before March 9, 2026.  (*Id.*)

To date, Petitioner has not responded to the OSC as required, and his response is now more than three months overdue.  Accordingly, Petitioner is hereby **ORDERED TO SHOW CAUSE by no later than July 31, 2026** why the Court should not recommend that the case be dismissed for lack of prosecution and failure to comply with court orders.  *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.

**Failure to comply with this Order by July 31, 2026 may result in a recommendation that this action be dismissed for failure to prosecute and for failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b).**

---

[1] Pinpoint citations refer to the page numbers in the CM/ECF-generated headers of filed documents.

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.   2:25-cv-09378-SB-CTS                                Date:  June 26, 2026

Title      *Omid T. Moghadam v. Sheriff of Los Angeles County*


     This Order is non-dispositive.  However, if Petitioner believes this Order erroneously disposes of any of his claims or precludes any relief sought, he may file objections with the district judge within twenty (20) days after the date of the Order.  *See Bastidas v. Chappell*, 791 F.3d 1155, 1162 (9th Cir. 2015); Fed. R. Civ. P. 72(a); C.D. Cal. L.Rs. 72-2.1, 72-3.4.


     It is so ordered.