**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES--GENERAL**

Case No. **2:25-cv-09378-SB-DTB** Date: **October 15, 2026**

Title: **Omid T. Moghadam v. Sheriff of Los Angeles County**

================================================================

**DOCKET ENTRY**

================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

Rebecca Camacho
Deputy Clerk

n/a
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:
None present

ATTORNEYS PRESENT FOR DEFENDANT(S):
None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE**

On September 1, 2026, this matter was transferred to this Court's calendar. In reviewing the Court's docket, the prior Magistrate Judge issued an Order to Show Cause on February 4, 2026 ("February 4, 2026 OSC") (Docket No. 9), ordering Petitioner to show cause as to why the Second Amended Petition for Writ of Habeas Corpus should not be dismissed based on abstention. Petitioner failed to respond and the prior Magistrate Judge issued an Order to Show Cause re: Dismissal for Lack of Prosecution on June 26, 2026 ("June 26, 2026 OSC") (Docket No. 12).

On August 16, 2026, Petitioner filed a "Response to Order to Show Cause; Request to Excuse Late Response; Request for Opportunity to Address Abstention" ("Request"). (Docket No. 13). In his Request, Petitioner sought leave to file a late response to the June 26, 2026 OSC, as well as the opportunity to address the February 4, 2026 OSC.

On September 4, 2026, the Court granted Petitioner's Request, accepted Petitioner's Response and discharged the June 26, 2026 OSC. With respect to the February 4, 2026 OSC, Petitioner was afforded an opportunity to respond to the same, on or before **September 30, 2026**.

As of the date, Petitioner has failed to file a response to the February 4, 2026 OSC. Accordingly, IT IS ORDERED that Petitioner show cause in writing, on or before **November 14, 2026**, why the Second Amended Petition for Writ of Habeas Corpus should not be dismissed based on abstention. Petitioner is hereby notified that, if he does

not file a timely response to this Order to Show Cause, the Court will recommend the dismissal of this action without prejudice for failure to prosecute.

**IT IS SO ORDERED**.